1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## UNITED STATES DISTRICT COURT
### for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CR05-138 JCC** |
| ) | |
| JEFFREY SAYLES, ) | |
| ) | |
| Defendant. ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable

James P. Donohue, United States Magistrate Judge:

Counsel for the defendant has requested a new date for the initial Pretrial Services

revocation hearing.  The request is GRANTED.

The hearing scheduled for December 15, 2005, is hereby rescheduled to Friday, December

16, 2005, at 10:30am.  The hearing will be held in Courtroom 12A, U.S. Courthouse, Seattle,

Washington.

The Clerk is directed to forward copies of this order to counsel of record, and the

defendant's supervising Pretrial Services officer.

Dated this 30th day of November , 2005

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**