05-CR-00138-ORD

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>        Plaintiff, )<br>vs. )<br>        ) CR05-138 JCC<br>JEFFREY SAYLES, )<br>        Defendant. ) MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Pursuant to the Revocation Hearing held this date, the appearance bond is hereby REVOKED and the defendant is hereby ORDERED remanded to the custody of the U.S. Marshal.

Dated this 16th day of December, 2005

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**